State ex Frey v. County Comm....... 19625
Stricker v. Industrial Comm. .......... 19469
Traver et v. Carpenter .............. 19626

**PROCEEDINGS**
**OHIO SUPREME COURT**
**TUESDAY, MARCH 23, 1926**
**GENERAL DOCKET**

19207—State of Ohio, ex rel. C. C. Crabbe, Atty. Genl., v. Middletown Hydraulic Co. In Quo Warranto. Demurrer to answer overruled in part and sustained in part. Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Jones, J., dissents. Dock. 6-14-25; 3 Abs. 386.

19233—State of Ohio, ex rel. Albert Smith, v. Herman R. Witter, et al. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. . Dock. 7-1-25; 3 Abs. 417.

19404—State of Ohio, ex rel. the Retirement Board of the State Teachers' Retirement System, v. The Board of Education of Malaga Rural School District, Monroe County, Ohio, and L. W. Peters, Clerk thereof. In Mandamus. Plaintiff's claim satisfied. Judgment against defendants for costs. Dock. 11-4-25; 3 Abs. 706.

19450—Mary Chamer v. Rose Mlasovski; error to the Court of Appeals of Cuyahoga county. Settled and dismissed by consent of parties at costs of plaintiff. Dock. 11-30-25; 3 Abs. 754; OS. Pend. 4 Abs. 29.

**MOTION DOCKET**

19469—J. W. Stricker v. Industrial Commission of Ohio. Motion by defendant to strike printed record from file or order plaintiff to extend same so as to show all of the action taken by Industrial Commission. Overruled. Dock. 12-10-25; 3 Abs. 762.

19530—John M. Shockey v. Thornburg Sales Co. Motion by plaintiff to dispense with printing of exhibits. Allowed. Dock. 1-4-26; 4 Abs. 40; OS. Pend. 4 Abs. 60; OA. 4 Abs. 108.

19531—Edgar G. Martin v. Carl R. Steinke. Motion for Summit Appeals to certify. Overruled. Dock. 1-5-26; 4 Abs. 40; OS. Pend. 4 Abs. 42.

19557—George W. Rogers, Recr., v. Gardner Abbott et al. Motion for Summit Appeals to certify. Overruled. Dock. 1-11-26; 4 Abs. 56; OS. Pend. 4 Abs. 97.

19560—Herberich Realty Co. v. George W. Rogers, Recr., et al. Motion for Summit Appeals to certify. Overruled. Dock. 1-12-26; 4 Abs. 56; OS. Pend. 4 Abs. 132.

19590—M. H. Ram et al. v. George W. Rogers, Recr., et al. Motion for Summit Appeals to certify. Overruled. Dock. 1-21-26; 4 Abs. 72; OS. Pend. 4 Abs. 195.

19591—Kinnear & Russell Plumbing and Heating Co. v. George W. Rogers, Recr., et al. Motion for Summit Appeals to certify. Overruled. Dock. 1-21-26; 4 Abs. 72.

19600—Bruce J. Leveck v. State of Ohio. Motion for Greene Appeals to certify. Overruled. Dock. 1-27-26; 4 Abs. 88; OS. Pend. 4 Abs. 135.

19601—Bruce J. Leveck v. State of Ohio. Motion for Greene Appeals to certify. Overruled. Dock. 1-27-26; 4 Abs. 88.

19602—Bert Smith v. State of Ohio. Motion for Greene Appeals to certify. Overruled. Dock. 1-27-26; 4 Abs. 88.

19603—Bert Smith v. State of Ohio. Motion for Greene Appeals to certify. Overruled. Dock. 1-27-26; 4Abs. 88.

19604—John Hornick v. State of Ohio. Motion for Greene Appeals to certify. Overruled. Dock. 1-27-26; 4 Abs. 88.

19605—Horace Prince v. State of Ohio. Motion for Greene Appeals to certify. Overruled. Dock. 1-27-26; 4 Abs. 88.

19607—First Nat'l Bank of Madison, Wisconsin, v. Toledo Cooker Co. Motion for Lucas Appeals to certify. Overruled. Dock. 1-28-26; 4 Abs. 88; OS. Pend. 4 Abs. 178.

19614—Catherine Hobstetter v. E. A. Pinkerman et al. Motion for Lawrence Appeals to certify. Overruled. Dock. 2-6-26; 4 Abs. 112.

19616—Cincinnati Traction Co. v. James Young et al. Motion for Hamilton Appeals to certify. Allowed. Dock. 2-6-26; 4 Abs. 112.

19618—S. L. Ghaster v. City of Fostoria et al. Motion for Seneca Appeals to certify. Allowed. Dock. 2-8-26; 4 Abs. 112.

19619—J. J. Miller et al. v. Alden Hesseldon. Motion for Richland Appeals to certify. Allowed. Dock. 2-8-26; 4 Abs. 112.

19621—Industrial Commission of Ohio v. Benjamin H. Hibbs. Motion for Tuscarawas Appeals to certify. Allowed. Dock. 2-11-26; 4 Abs. 128.

19625—State of Ohio ex rel. Genevieve D. Frey v. Board of County Commissioners et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 2-15-26; 4 Abs. 128.

19626—Edward A. Traver et al. v. Anna Carpenter. Motion for Lucas Appeals to certify. Overruled. Dock. 2-16-26; 4 Abs. 128.

# Abstracts of Last Week's SUPREME COURT OPINIONS

A copy of the Supreme Court opinions, or any part thereof in the following cases of which the syllabi appear below, will be promptly furnished to Abstract subscribers at cost of preparing.

**SYLLABI**
**No. 268**

No. 19233—State ex rel. Albert Smith v. Herman Witter, etc., et al. In Mandamus.

747. MANDAMUS—A court in the exercise of its discretion, may refuse writ where relator has allowed unreasonable time to elapse before bringing action; especially when delay may be prejudicial.

JONES, J.

A court, in the exercise of its discretion, may refuse to issue a writ of mandamus, in favor of a relator who has allowed an unreasonable time to elapse before bringing his action, especially where such delay may be prejudicial to the rights of the respondent.

Writ denied.

Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.

---

**No. 269**

No. 19207—State, ex rel. C. C. Crabbe, Attorney General, v. The Middletown Hydraulic Company. In Quo Warranto.

1104. STATUTES—An act 23 OL. 56 to provide for internal improvement of navigable canals, as interpreted by the canal commissioner, to accept a grant of land in less than fee simple, adopted in so far as it affects vested rights.

445. EASEMENT—1. Where a reserva-